Case Number:       AT 3330-0084

Location of Search:

14198 Highway 301

New Zion, SC

## Search Warrant Inventory

| Item # | Description/Area |
|---|---|
| 1 | Mint Green Iphone w/Multi Color Blue & White Classic Case (Judy Butler) Area C |
| 2 | Motorola Model Moto g Pure (XT2163DL) w/Navy Case (Wesley Butler, Jr.) Area C |
| 3 | Iphone w/Mirrored Case (Kamyra Kennedy) Area C |
| 4 | Black Iphone w/Cracked front Screen (no case) (Malachi Geter) On Person |
| 5 | Black Samsung Galaxy S10 w/Black Case (Ronald Kennedy) Vehicle (Hummer) |
| 6 | Black Samsung A12 w/Black Case (Ronald Kennedy) Area C |
| 7 | Motorola w/Black Case (Ronald Kennedy) Area C |
| 8 | Rose Gold Iphone w/Black Case (Ronald Kennedy) Area C |
| 9 | Black Iphone - (Unknown Owner) Area H |
| 10 | Six (6) sets of swabs of suspected blood from stains - Area L |
| 11 | Dog Teeth - Area L (Dog Pit) |
| 12 | Break Stick - Area L (Dog Pit) |
| 13 | White Break Stick - Area L (Dog Pit) |
| 14 | 1 Thick Chain & Collar Taken off Dog (Located in Backyard) |
| 15 | 15 Live Dogs |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |

32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53



Nothing Follows

On September 25, 2022 at _7:28 pm_ hours, this inventory was prepared and a copy was provided in the following manner:

_____ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

_____

X  A copy of this inventory was provided to the following person:

Name: Ronald Kennedy          Signature: Ronald Kennedy
Address: 14198 U.S. Highway 301, New Zion SC

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuant to the search warrant.

Inventory Officer: _____          Witness: _____

Printed Name: Vivian Warner          Printed Name: Kendra Nettles